NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5106

DONNA MARIE CONNER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no.
09-CV-880, Senior Judge Robert H. Hodges, Jr.

ON MOTION

ORDER

Upon consideration of Donna Marie Conner's motion for leave to proceed in forma pauperis and motion to reinstate her appeal,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the court's April 26, 2010 dismissal order is vacated, and the petition is reinstated. The United States should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAY 13 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donna Marie Conner
Roger A. Hipp, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 13 2010

JAN HORBALY
CLERK